UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERESA L. ARCHER,<br><br>  Plaintiff,<br><br>  v.<br><br>WALMART, INC., et al.,<br><br>  Defendants. | CASE NO. C22-5534JLR<br><br>ORDER |

On July 27, 2022, the court issued an order to show cause why the court should not remand this matter to state court for lack of subject matter jurisdiction.  (OSC (Dkt. # 6).)  Specifically, the court ordered Defendants Walmart, Inc. ("Walmart"), Wal-Mart Real Estate Business Trust ("Wal-Mart Trust"), and Wal-Mart Realty Company ("Wal-Mart Realty") (collectively, "Defendants") to provide it with additional information regarding (1) the citizenship of Wal-Mart Trust's members and (2) Wal-Mart Realty's place of incorporation and principal place of business in order to show that Plaintiff Teresa L. Archer is completely diverse from Defendants.  (*Id.* at 2-3.)

ORDER - 1

1 | Defendants timely responded to the court's order to show cause. (*See* Resp. (Dkt.
2 | # 8).) Based on the court's review of Defendants' response and the materials cited and
3 | submitted in support of its response, the court finds that Defendants have successfully
4 | established that they are completely diverse from Ms. Archer and that the court may
5 | exercise subject matter jurisdiction over this case. (*See generally id.* at 2-3 (establishing
6 | that Wal-Mart Trust is a citizen of Delaware and Arkansas, and that Wal-Mart Realty is a
7 | citizen of Arkansas); Edwards Decl. (Dkt. # 8-1) ¶¶ 2-5 (same); *see also* NOR (Dkt. # 1)
8 | ¶ 3 (establishing that Walmart is a citizen of a citizen of Delaware and Arkansas, and that
9 | Ms. Archer is a citizen of Washington); Hernandez Decl. (Dkt. # 7) ¶¶ 7-8 (same).)
10 | Accordingly, the court DISCHARGES its order to show cause (Dkt. # 6).
11 | Dated this 4th day of August, 2022.

JAMES L. ROBART
United States District Judge