The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON IN TACOMA

| | |
|---|---|
| Teresa L. Archer, a married person individually,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC. ; WAL-MART REAL ESTATE BUSINESS TRUST; WAL-MART REALTY COMPANY, each business entities licensed to conduct business in the state of Washington; ROES I-X; BLACK AND WHITE I-V, entities licensed to conduct business in the state of Washington,<br><br>Defendants. | Case No. 3:22−cv−05534−JLR<br><br>**JLR**<br><br>AMENDED STIPULATION AND (~~PROPOSED~~) ORDER **DISMISSING** WAL-MART REAL ESTATE BUSINESS TRUST; WAL-MART REALTY COMPANY AS PARTY DEFENDANTS AND **CORRECTING** THE STORE NUMBER AND ADDRESS OF DEFENDANT WALMART, INC. |

## I.  STIPULATION

IT IS HEREBY STIPULATED that an order may be entered (1) dismissing Defendants WAL-MART REAL ESTATE BUSINESS TRUST; WAL-MART REALTY COMPANY, business entities licensed to conduct business in the state of Washington; (2) correcting the store number and address of party defendant WALMART, INC., a business entity licensed to conduct business in the state of Washington; and (3) amending the caption to reflect these changes.  It is further stipulated that Plaintiffs may file their First Amended Complaint, with the changes indicated above, which is attached hereto as *Exhibit A*.

1     Plaintiffs have been advised that WAL-MART REAL ESTATE BUSINESS TRUST; WAL-MART REALTY COMPANY are not necessary parties to this litigation and that the address and store number of defendant WALMART, INC. was incorrectly identified in this lawsuit. Plaintiffs have further been advised that WALMART, Inc. is the correctly named defendant and, thus, are requesting that the Court allow the correction of the store number and address of this party defendant.

    DATED this 12th day of August 2022.

**ROBERT D. BOHM, PLLC**

*/s/ Robert D. Bohm*
Robert D. Bohm, WSBA # 42703
Attorney for Plaintiffs

**WOOD, SMITH, HENNING & BERMAN, LLP**

*/s/ Julio C. Hernandez*
Julio C. Hernandez, WSBA # 55589
Attorney for Defendants

AMENDED STIPULATION AND (PROPOSED) ORDER
**DISMISSING** WAL-MART REAL ESTATE BUSINESS TRUST;
WAL-MART REALTY COMPANY AS PARTY DEFENDANTS AND
CORRECTING THE ADDRESS AND STORE NUMBER OF
DEFENDANT WALMART, INC.
Page 2

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs may amend their Complaint to (1) dismiss WAL-MART REAL ESTATE BUSINESS TRUST; WAL-MART REALTY COMPANY, business entities licensed to conduct business in the state of Washington; and (2) correcting the store number and address of party defendant WALMART, INC., a business entity licensed to conduct business in the state of Washington; and (3) amending the caption to reflect these changes..

IT IS FURTHER ORDERED that Plaintiffs' First Amended Complaint, attached hereto as *Exhibit A*, shall be deemed as filed upon entry of this Order.

DONE in open court this 12th day of August, 2022.

JAMES L. ROBART
United States District Judge

Copy Received, Notice of Presentation Waived:

AMENDED STIPULATION AND (PROPOSED) ORDER
**DISMISSING** WAL-MART REAL ESTATE BUSINESS TRUST;
WAL-MART REALTY COMPANY AS PARTY DEFENDANTS AND
CORRECTING THE ADDRESS AND STORE NUMBER OF
DEFENDANT WALMART, INC.
Page 3